```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| VIRGINIA O'BRIEN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV212 |
| | ) | |
| v. | ) | |
| | ) | |
| JENSEN TIRE COMPANY, d/b/a | ) | ORDER |
| JENSEN TIRE & AUTO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the joint motion for dismissal (Filing No. 8).  Accordingly,

IT IS ORDERED that the motion is granted; this action is dismissed with prejudice, each party to pay their own costs.

DATED this 14th day of October, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court